UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

JENISA ANGELES,

                Plaintiff,

                                              21-CV-5190 (JMF)
-v-

                                              ORDER

POLITICS AND PROSE INC.,

                Defendant.

------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Pursuant to the Court's June 11, 2021 Order, ECF No. 5, the parties were required to file a joint letter, the contents of which are described therein, no later than two weeks after Defendant appeared in the case. Defendant entered a notice of appearance on July 27, 2021. ECF No. 9. To date, the parties have not filed the required joint letter. As a courtesy, the parties' deadline is hereby EXTENDED, *nunc pro tunc*, to August 17, 2021.

       SO ORDERED.

Dated: August 11, 2021
       New York, New York

                                                      JESSE M. FURMAN
                                               United States District Judge